[985 NE2d 423, 961 NYS2d 828]

In the Matter of WILLARD SAPERSTON, Appellant, v HEATHER HOLDAWAY, Respondent.

Decided February 19, 2013

### APPEARANCES OF COUNSEL

*Phillips Lytle LLP*, Buffalo (*Michael B. Powers* of counsel), for appellant.

*Peter C. Lomtevas, Esq., P.C.*, Brooklyn (*Peter C. Lomtevas* of counsel), for respondent.

*Bouvier Partnership, LLP*, Buffalo (*Emilio L. Colaiacovo* of counsel), Attorney for the Child.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal

dismissed, without costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law within the meaning of CPLR 5601 (a).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH and PIGOTT. Judge RIVERA taking no part.